## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Travelers Life and Annuity Company,                        COURT FILE NO 05-CV-2674
                                                                                  PAM/JSM
        Plaintiff,

vs.                                                                              **ORDER**

John R. Paulson,

        Defendant.

---

### STIPULATION

The parties above named hereby stipulate that the above captioned matter may be dismissed with prejudice and without costs to either party.

### ORDER

Based on the Stipulation of the parties set forth above, the Court hereby orders that the above captioned matter is dismissed with prejudice and without costs to either party and that a judgment of dismissal with prejudice shall be entered.

THERE BEING NO JUST REASON FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 10, 2006                        s/Paul A. Magnuson
                                                            Paul A. Magnuson
                                                            Judge of U.S. District Court